*ney General Morris,* and *Messrs. Sewall Key, Norman D. Keller,* and *Lee A. Jackson* for respondent. ■

No. 511. New Negro Alliance et al. *v.* Sanitary Grocery Co., Inc. November 22, 1937. Petition for writ of certiorari to the Court of Appeals for the District of Columbia granted. *Mr. B. V. Lawson, Jr.,* for petitioners. *Messrs. A. Coulter Wells* and *William E. Carey, Jr.,* for respondent. ■

No. 504. National Labor Relations Board *v.* Pacific Greyhound Lines, Inc. November 22, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Solicitor General Reed* and *Mr. Charles Fahy* for petitioner. *Messrs. Ivan Bowen* and *M. H. Boutelle* for respondent. ■

No. 519. State Farm Mutual Automobile Ins. Co. *v.* Coughran. December 6, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Mr. Sidney L. Graham* for petitioner. *Mr. John F. Gilbert* for respondent. ■

No. 528. Pacific National Co. *v.* Welch, Former Collector of Internal Revenue. December 6, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Mr. Melvin D. Wilson* for petitioner. *Solicitor General Reed, Assistant Attorney General Morris,* and *Messrs. Sewall Key* and *Lee A. Jackson* for respondent. ■